G. MARK ALBRIGHT, ESQ. (1394)
DANIEL R. ORMSBY, ESQ. (14595)
KYLE W. FENTON, ESQ. (16235)
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111 / Fax:   (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WALTER DUFFY, an individual; ANA DUFFY, an individual; SALLY DURON, an individual; HONESTO DE LA CRUZ, an individual; EMILY DE LA CRUZ, an individual; WILLIAM FENRICH, an individual; SUVAREE FENRICH, an individual; VICTOR MCGEE, an individual; ANGELA MCGEE, an individual; MARIGOLD FLOWERS, an individual; CHARMEL GOODLOE, an individual; ALONDRE SMITH, an individual; TERRANCE EMTER, an individual; MARY EMTER, an individual; GERARDO RODRIGUEZ, an individual; YESSENIA RODRIGUEZ, an individual; CALVIN MORRISON, an individual; SANDRA MORRISON, an individual; ROBBIE FRANKLIN, an individual; JULIE HAPE, an individual; BARBARA JOHNSON, an individual; HENRY MAXWELL, an individual; CAROL MAXWELL, an individual; JOHN CAPUTO, an individual; SANDRA GERSTNER, an individual; DEE TERRELL, an individual; MAE TERRELL, an individual; RONALD ARNOLD, an individual; CYNTHIA ARNOLD, an individual; ROGER WORKMAN, an individual; BRENDA WORKMAN, an individual; JAMES GRASSE, an individual; REBECCA GRASSE, an individual; PAUL SILVERMAN, an individual; and JUDITH SILVERMAN, an individual,<br><br>       Plaintiffs<br><br>vs. | CASE NO.:   2:21-cv-01680-CDS-DJA<br><br><br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR CERTAIN PLEADINGS** |

| | |
|---|---|
| 1 | ASNY NY, LLC, a Nevada limited liability company; THE ASNY COMPANY, LLC, a Delaware limited liability company; TAHITI VILLAGE VACATION CLUB, a Nevada corporation; TAHITI VILLAGE MASTER OWNERS' ASSOCIATION, a Nevada corporation; CLUB DE SOLEIL VACATION CLUB, a Nevada corporation; SOLEIL MANAGEMENT, LLC, a Nevada limited liability company; a Nevada Limited Liability Company; Roes and Does |

Defendants

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants, by and through their respective counsel of record, that the deadline to file certain pleadings be extended for three (3) weeks, pending discussions for negotiating a potential settlement.

The certain pleadings subject to a three (3) week extension for service upon each party and filing with the Court are as follows:

(1) Plaintiffs' Reply in support of Certain Plaintiffs' Conditional Motion for Voluntary Dismissal and to Amend the Pleadings, from June 21, 2023, until July 12, 2023;

(2) Plaintiffs' Opposition to Defendants' Motion for Attorneys' Fees and Costs, from June 29, 2023, until July 20, 2023; and

(3) Defendants' Reply in Support of Its Motion for Attorneys' Fees and Costs, from July 6, 2023, until July 27, 2023.

There is no hearing set as of the date of execution of this Stipulation.

| | |
|---|---|
| Dated this 21st day of June, 2023.<br>ALBRIGHT, STODDARD, WARNICK & ALBRIGHT<br><br>/s/ Kyle W. Fenton<br>G. Mark Albright (1394)<br>Daniel R. Ormsby (14595)<br>Kyle W. Fenton (16235)<br>*Attorneys for Plaintiff* | Dated this 21st day of June, 2023.<br>HUTCHISON & STEFFEN, PLLC<br><br>/s/ Jeffrey R. Hall<br>Jeffrey R. Hall (9572)<br>Shelby A. Dahl (13856)<br>*Attorneys for Defendants* |

- 2 -

# ORDER

Based on the foregoing Stipulation of the parties and good cause appearing,

**IT IS THEREFORE ORDERED** that an extension is granted for an extension of three (3) weeks for the service and filing of certain pleadings as follows:

The certain pleadings subject to a three (3) week extension for service upon each party and filing with the Court are as follows:

(1) Plaintiffs' reply in support of Certain Plaintiffs' Conditional Motion for Voluntary Dismissal and to Amend the Pleadings, from June 21, 2023, until July 12, 2023;

(2) Plaintiffs' Opposition to Defendants' Motion for Attorneys' Fees and Costs, from June 29, 2023, until July 20, 2023; and

(3) Defendants' Reply in Support of Its Motion for Attorneys' Fees and Costs, from July 6, 2023, until July 27, 2023.

**IT IS SO ORDERED.**

_____
Cristina D. Silva
United States District Judge

DATED: June 22, 2023

Submitted by:

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

/s/   Kyle W. Fenton, Esq.

G. Mark Albright (1394)
Daniel R. Ormsby (14595)
Kyle W. Fenton (16235)
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111 / Fax:   (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
*Attorneys for Plaintiffs*