G. MARK ALBRIGHT, ESQ. (1394)
DANIEL R. ORMSBY, ESQ. (14595)
KYLE W. FENTON, ESQ. (16235)
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111 / Fax:   (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WALTER DUFFY, an individual; ANA DUFFY, an individual; SALLY DURON, an individual; HONESTO DE LA CRUZ, an individual; EMILY DE LA CRUZ, an individual; WILLIAM FENRICH, an individual; SUVAREE FENRICH, an individual; VICTOR MCGEE, an individual; ANGELA MCGEE, an individual; MARIGOLD FLOWERS, an individual; CHARMEL GOODLOE, an individual; ALONDRE SMITH, an individual; TERRANCE EMTER, an individual; MARY EMTER, an individual; GERARDO RODRIGUEZ, an individual; YESSENIA RODRIGUEZ, an individual; CALVIN MORRISON, an individual; SANDRA MORRISON, an individual; ROBBIE FRANKLIN, an individual; JULIE HAPE, an individual; BARBARA JOHNSON, an individual; HENRY MAXWELL, an individual; CAROL MAXWELL, an individual; JOHN CAPUTO, an individual; SANDRA GERSTNER, an individual; DEE TERRELL, an individual; MAE TERRELL, an individual; RONALD ARNOLD, an individual; CYNTHIA ARNOLD, an individual; ROGER WORKMAN, an individual; BRENDA WORKMAN, an individual; JAMES GRASSE, an individual; REBECCA GRASSE, an individual; PAUL SILVERMAN, an individual; and JUDITH SILVERMAN, an individual,<br><br>Plaintiffs<br><br>vs. | CASE NO.:   2:21-cv-01680-CDS-DJA<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN PLAINTIFFS' (TERRANCE EMTER AND MARY EMTER) FROM THIS LITIGATION *WITH PREJUDICE*** |

|   |   |
|---|---|
| 1 | ASNY NY, LLC, a Nevada limited liability company; THE ASNY COMPANY, LLC, a Delaware limited liability company; TAHITI VILLAGE VACATION CLUB, a Nevada corporation; TAHITI VILLAGE MASTER OWNERS' ASSOCIATION, a Nevada corporation; CLUB DE SOLEIL VACATION CLUB, a Nevada corporation; SOLEIL MANAGEMENT, LLC, a Nevada limited liability company; a Nevada Limited Liability Company; Roes and Does |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants |

Certain Plaintiffs Terrance Emter and Mary Emter, and Defendants, by and through their respective attorneys of record, hereby enter into the following *Stipulation and Order*.

## RECITALS

A.  On June 1, 2023, Certain Moving Plaintiffs filed their CONDITIONAL MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(2) AND TO AMEND THE PLEADINGS PURSUANT TO FRCP 15(a). *See* ECF No. 90.

B.  On June 28, 2023, Certain Moving Plaintiffs' CONDITIONAL MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(2) AND TO AMEND THE PLEADINGS PURSUANT TO FRCP 15(a) was denied *without prejudice*. *See* ECF No. 95.

C.  On July 6, 2023, Certain Moving Plaintiff's refiled their CONDITIONAL MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(2) AND TO AMEND THE PLEADINGS PURSUANT TO FRCP 15(a). *See* ECF No. 96.

D.  Neither Terrance Emter nor Mary Emter were included as a 'Moving Plaintiff' in the CONDITIONAL MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(2) AND TO AMEND THE PLEADINGS PURSUANT TO FRCP 15(a). *See* ECF No. 96.

E.  On July 20, 2023, the Court issued an Order Granting Certain Plaintiff's Motion for Voluntary Dismissal. *See* ECF No. 100.

F.  On July 21, 2023, the law firm of Albright, Stoddard, Warnick, and Albright (ASWA) received a phone call from Mary Emter, who requested that both her and her husband, Terrance Emter, be dismissed from this litigation with prejudice.

## **STIPULATION**

1. Defendants hereby stipulate and agree to dismiss Certain Plaintiffs' TERRANCE EMTER and MARY EMTER as Plaintiffs in this litigation *with prejudice*.

2. Defendants hereby stipulate and agree that Certain Plaintiff's TERRANCE EMTER and MARY EMTER's dismissal *with prejudice* shall be under the same terms and conditions as that of the Moving Plaintiffs in the CONDITIONAL MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(2) AND TO AMEND THE PLEADINGS PURSUANT TO FRCP 15(a). *See* ECF No. 96.

3. The law firm of Albright, Stoddard, Warnick, and Albright hereby stipulates and agrees to remove TERRANCE EMTER and MARY EMTER from the caption of the third-amended complaint that the Court has ordered due by August 9, 2023. *See* ECF No. 100.

DATED this 31st day of July, 2023.

| | |
|---|---|
| **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** | **HUTCHISON & STEFFEN, PLLC** |
| */s/ Kyle W. Fenton, Esq.* | */s/ Shelby A. Dahl, Esq.* |
| G. MARK ALBRIGHT, ESQ. (1394) | JEFFREY R. HALL, ESQ. (9572) |
| KYLE W. FENTON, ESQ. (16235) | SHELBY A. DAHL, ESQ. (13856) |
| DANIEL R ORMSBY, ESQ. (14595) | Peccole Professional Park |
| 801 South Rancho Drive, Suite D-4 | 10080 West Alta Drive, Suite 200 |
| Las Vegas, Nevada 89106 | Las Vegas, NV 89145 |
| Tel: (702) 384-7111 / Fax: (702) 384-0605 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

## **ORDER**

IT IS SO ORDERED.

_____
Cristina D. Silva
United States District Judge

Dated: July 31, 2023

- 3 -