Jorge L. Alvarez, Esq.(14466)
4047 Naco Perrin
San Antonio, Texas 78217
210-216-7774
jorge@jfdlawfirm.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Honesto De La Cruz, et al., | Case No.: 2:21-cv-01680-CDS-DJA |
| Plaintiffs | **STIPULATION AND ORDER ALLOWING MR. ALVAREZ TO WITHDRAW** |
| v. | |
| ASNY NY, LLC, et al., | |
| Defendants | |

Plaintiffs' counsel, Jorge L. Alvarez, Esq., and Defendants by and through their respective attorneys of record, hereby enter into the following Stipulation and Order:

**RECITALS**

1. The undersigned, Jorge L. Alvarez, Esq left the Albright Stoddard firm on February 20, 2023.

2. While he was still employed by Albright Stoddard, Mr. Alvarez filed a motion to withdraw on behalf of himself and the Albright Stoddard firm (ECF No. 87), which was denied without prejudice. ECF No. 95.

3. Since then, Mr. Alvarez moved to San Antonio, Texas and became employed as an independent contractor for the DeSouza Injury Firm.

4. Mr. Alvarez no longer practices law in Nevada and has been residing in Texas since February 22, 2023.

5. Mr. Alvarez never personally entered into any contract(s) with the Plaintiffs to represent them in this case. His involvement in this case was merely as an employee of the Albright Stoddard firm.

6. The Court granted Albright Stoddard's motion to withdraw on August 10, 2023. ECF No. 95. However, the Court ordered Mr. Alvarez to file a separate stipulation to allow him to withdraw from the case. *Id*. The Court also noted that said stipulation would be processed expeditiously.

## STIPULATION

7. Based thereon, Defendants hereby stipulate and agree to allow Mr. Alvarez to withdraw from this case.

DATED this ____ day of August, 2023.

                                                        **HUTCHISON & STEFFEN, PLLC**

/s/ *Jorge L. Alvarez, Esq*.                        /s/ *Shelby A. Dahl*, *Esq*.

Jorge L. Alvarez, Esq.(14466)                 Jeffrey R. Hall, Esq. (9572)
4047 Naco Perrin                                    Shelby A. Dahl, Esq. (13856)
San Antonio, Texas 78217                     Peccole Professional Park
                                                          10080 West Alta Drive, Suite 200
                                                          Las Vegas, Nevada

Attorney for Plaintiffs                              Attorneys for Defendants

## ORDER

IT IS SO ORDERED.

_____
Cristina D. Silva
United States District Judge

DATED: August 16, 2023